YM

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: **08 C 1265** |
|---|---|
| JANE DOE -v- DEPUTY DIRECTOR DEBBIE DENNING, MARY SIGLER, Warden of Dwight Correctional Center, ASSISTANT WARDEN DORETTA O'BRIEN, ASSISTANT WARDEN PAMELA HARRIS, et. al., | **JUDGE MANNING<br>MAGISTRATE JUDGE COX** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Jane Doe

| | |
|---|---|
| NAME (Type or print)<br>Kathleen T. Zellner | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ *[signature]* | |
| FIRM<br>Kathleen T. Zellner & Associates | |
| STREET ADDRESS<br>2215 York Road, Suite #504 | |
| CITY/STATE/ZIP<br>Oakbrook, Illinois 60523 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br># 06184574 | TELEPHONE NUMBER<br>(630) 955-1212 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

**FILED<br>MARCH 3, 2008<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT**