IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DEPUTY DIRECTOR DEBBIE ) | |
| DENNING, MARY SIGLER, Warden of ) | |
| Dwight Correctional Center, ASSISTANT ) | |
| WARDEN DORETTA O'BRIEN, ) | |
| ASSISTANT WARDEN PAMELA ) | |
| HARRIS, LIEUTENANT DEBBIE ) | |
| WINTERS, LIEUTENANT LUSTER, ) | |
| CORRECTIONAL OFFICER JAMES ) | |
| CAPPITILLO, CORRECTIONAL ) | Case No: 08 cv 1265 |
| OFFICER DONALD KINSELLA, JR., ) | |
| CORRECTIONAL OFFICER MICHAEL ) | Honorable Blanche Manning |
| STROWMATT, UNKNOWN ) | |
| CORRECTIONAL OFFICER JOHN ) | Magistrate Judge Cox |
| DOE I, UNKNOWN CORRECTIONAL ) | |
| OFFICER JOHN DOE II, UNKNOWN ) | |
| CORRECTIONAL OFFICER JOHN ) | |
| DOE III, UNKNOWN CORRECTIONAL ) | |
| OFFICER JOHN DOE IV, and ) | |
| UNKNOWN CORRECTIONAL OFFICER ) | |
| JANE ROE, ) | Jury Trial Demanded |
| ) | |
| Defendants. ) | |

**MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

NOW COMES Plaintiff, JANE DOE, by and through her attorneys, KATHLEEN T. ZELLNER & ASSOCIATES, and moves this Court for leave to File her First Amended Complaint, and in support of states as follows:

1. Federal Rules of Civil Procedure Rule 15(a) permits a party to amend a pleading one time as a matter of right prior to a responsive pleading being filed.

2. Plaintiff has not yet amended her complaint, nor has any defendant filed a responsive pleading.

3. Plaintiff has learned the identity of John Doe I, John Doe II, John Doe III and Jane Roe. Their names are James DeMattia, Correctional Officer Groves, Correctional Officer Haige and Correctional Officer Hodges, respectively.

4. Plaintiff now seeks leave to amend the complaint to name Unknown Correctional Officer James DeMattia as John Doe I.

5. Plaintiff seeks leave to amend the complaint to name Correctional Officer Groves as Unknown Correctional Officer John Doe II.

6. Plaintiff seeks leave to amend the complaint to name Correctional Officer Haige as Unknown Correctional Officer John Doe III

7. Plaintiff seeks leave to amend the complaint to name Correctional Officer Hodges in lieu of Unknown Correctional Officer Jane Roe.

8. Plaintiff seeks to amend the spelling of Defendant Cappitillo to Capetillo.

9. Nothing else in the Complaint has changed.

10. A copy of the First Amended Complaint is attached as Exhibit A.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order granting Plaintiff leave to file her First Amended Complaint and any and all other relief deemed just.

Respectfully Submitted,

_____
Kathleen T. Zellner
Attorney for Plaintiff

KATHLEEN T. ZELLNER & ASSOCIATES
2215 York Road
Suite 504
Oak Brook, Illinois 60523
(630)955-1212