IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>v.<br><br>DEPUTY DIRECTOR DEBBIE DENNING, MARY SIGLER, Warden of Dwight Correctional Center, ASSISTANT WARDEN DORETTA O'BRIEN, ASSISTANT WARDEN PAMELA HARRIS, LIEUTENANT DEBBIE WINTERS, LIEUTENANT LUSTER, CORRECTIONAL OFFICER JAMES CAPETILLO, CORRECTIONAL OFFICER DONALD KINSELLA, JR., CORRECTIONAL OFFICER MICHAEL STROWMATT, CORRECTIONAL OFFICER JAMES DEMATTIA, CORRECTIONAL OFFICER GROVE CORRECTIONAL OFFICER HAIGE, UNKNOWN CORRECTIONAL OFFICER JOHN DOE IV, and UNKNOWN CORRECTIONAL OFFICER JANE ROE,<br><br>        Defendants. | No. 08 cv 1265<br><br>Honorable Blanche Manning<br><br>Magistrate Judge Cox<br><br>Jury Trial Demanded |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that at 11:00 am on Tuesday, March 18th, 2008, we will appear before the Honorable Judge Blanche Manning in the courtroom usually occupied by her, Room #2125 in the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois and then and there present the attached PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT, a copy of which is attached hereto and is hereby served upon you.

By: _____
Kathleen T. Zellner

## PROOF OF SERVICE

I, Scott T. Panek, a non-attorney, certify that I have filed this day with the Clerk of the above Court via E-Filing of the above and forgoing NOTICE OF MOTION and PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT on this 12th day of March, 2008

_____
Scott T. Panek

KATHLEEN T. ZELLNER & ASSOCIATES
2215 York Road, Suite #504
Oak Brook, Illinois 60523
(630) 955-1212