IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANE DOE,<br><br>   Plaintiff,<br><br>v.<br><br>DEPUTY DIRECTOR DEBBIE DENNING, MARY SIGLER, Warden of Dwight Correctional Center, ASSISTANT WARDEN DORETTA O'BRIEN, ASSISTANT WARDEN PAMELA HARRIS, LIEUTENANT DEBBIE WINTERS, LIEUTENANT LUSTER, CORRECTIONAL OFFICER JAMES CAPPITILLO, CORRECTIONAL OFFICER DONALD KINSELLA, JR., CORRECTIONAL OFFICER MICHAEL STROWMATT, UNKNOWN CORRECTIONAL OFFICER JOHN DOE I, UNKNOWN CORRECTIONAL OFFICER JOHN DOE II, UNKNOWN CORRECTIONAL OFFICER JOHN DOE III, UNKNOWN CORRECTIONAL OFFICER JOHN DOE IV, and UNKNOWN CORRECTIONAL OFFICER JANE ROE,<br><br>   Defendants. | Case No: 08 cv 1265<br><br>Honorable Blanche Manning<br><br>Magistrate Judge Cox<br><br><br><br>Jury Trial Demanded |

## AMENDED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

NOW COMES Plaintiff, JANE DOE, by and through her attorneys, KATHLEEN T. ZELLNER & ASSOCIATES, and moves this Court for leave to File her First Amended Complaint, and in support of states as follows:

1. Since filing her motion to amend the complaint, Plaintiff has learned the identity of additional Defendants.

2. Federal Rules of Civil Procedure Rule 15(a) permits a party to amend a pleading one time as a matter of right prior to a responsive pleading being filed.

3. Plaintiff has not yet amended her complaint, nor has any defendant filed a responsive pleading.

4. Plaintiff has learned the identity of John Doe I, John Doe II, John Doe III, John Doe IV and Jane Roe. Their names are Correctional Officer James DeMattia, Correctional Officer Andrew Grove, Correctional Officer Bruce Haige, Correctional Officer Peter Monahan and Correctional Officer Lynn Hodge, respectively.

5. Plaintiff now seeks leave to amend the complaint to name Unknown Correctional Officer James DeMattia as John Doe I.

6. Plaintiff seeks leave to amend the complaint to name Correctional Officer Andrew Grove as Unknown Correctional Officer John Doe II.

7. Plaintiff seeks leave to amend the complaint to name Correctional Officer Bruce Haige as Unknown Correctional Officer John Doe III

8. Plaintiff seeks leave to amend the complaint to name Correctional Officer Peter Monahan as Unknown Correctional Officer John Doe IV.

9. Plaintiff seeks leave to amend the complaint to name Correctional Officer Lynn Hodge in lieu of Unknown Correctional Officer Jane Roe.

10. Plaintiff seeks to amend the spelling of Defendant Cappitillo to Capetillo.

11. Nothing else in the Complaint has changed.

12. A copy of the First Amended Complaint is attached as Exhibit A.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order granting Plaintiff leave to file her First Amended Complaint and any and all other relief deemed just.

Respectfully Submitted,

Kathleen T. Zellner
Attorney for Plaintiff

KATHLEEN T. ZELLNER & ASSOCIATES
2215 York Road, Suite 504
Oak Brook, Illinois 60523
(630)955-1212