IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DEPUTY DIRECTOR DEBBIE ) | |
| DENNING, MARY SIGLER, Warden of ) | |
| Dwight Correctional Center, ASSISTANT ) | |
| WARDEN DORETTA O'BRIEN, ) | No. 08 cv 1265 |
| ASSISTANT WARDEN PAMELA ) | |
| HARRIS, LIEUTENANT DEBBIE ) | Honorable Blanche Manning |
| WINTERS, LIEUTENANT LUSTER, ) | |
| CORRECTIONAL OFFICER JAMES ) | Magistrate Judge Cox |
| CAPETILLO, CORRECTIONAL ) | |
| OFFICER DONALD KINSELLA, JR., ) | |
| CORRECTIONAL OFFICER MICHAEL ) | |
| STROWMATT, CORRECTIONAL ) | |
| OFFICER JAMES DEMATTIA, ) | |
| CORRECTIONAL OFFICER ANDREW GROVE, ) | |
| CORRECTIONAL OFFICER BRUCE HAIGE, ) | |
| CORRECTIONAL OFFICER PETER MONAHAN ) | |
| and CORRECTIONAL OFFICER LYNN HODGES ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that we have this 18th day of March, 2008, filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, the PLAINTIFFS' FIRST AMENDED COMPLAINT, copies of which are attached and served upon you.

By: _____
Kathleen T. Zellner

## PROOF OF SERVICE

I, Scott T. Panek, a non-attorney, certify that I have filed this day with the Clerk of the above Court via E-Filing a true and correct copy of the above and forgoing NOTICE OF FILING and PLAINTIFFS' FIRST AMENDED COMPLAINT on this 18th day of March, 2008

_____
Scott T. Panek

KATHLEEN T. ZELLNER & ASSOCIATES
2215 York Road, Suite #504
Oak Brook, Illinois 60523
(630) 955-1212