## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 C 1265 |
| ) | |
| ) | Judge Blanche M. Manning |
| DEPUTY DIRECTOR DEBBIE DENNING, et al., ) | |
| ) | |
| Defendants. ) | |

### MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD

NOW COMES Defendant, DEBBIE DENNING, by and through her attorney, LISA MADIGAN, Illinois Attorney General, and moves this Court to grant additional time to answer or otherwise plead in response to Plaintiff's Amended Complaint. In support of this motion, Defendant states:

1. Plaintiff's Amended Complaint, filed on March 18, 2008, names fourteen Defendants, all of whom are either current or former employees of the Illinois Department of Corrections. Several Defendants have not yet been served with this lawsuit.

2. Defendant respectfully requests an enlargement of time to answer or otherwise plead in response to the Amended Complaint, as the Illinois Attorney General's Office is currently reviewing the case to resolve representation issues and potential conflicts of interests.

3. Therefore, in the interests of judicial economy, Defendant requests an enlargement of time for all Defendants who have been served.

4. This motion is made in good faith and not for purposes of delay.

5. Plaintiff will not be unfairly prejudiced by the granting of this motion, but prejudice will inure if it is not granted.

WHEREFORE, Defendant respectfully prays that this Honorable Court grant an enlargement of time of thirty (30) days, to May 1, 2008, to answer or otherwise plead in response to the Amended Complaint.

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

By:   s/Andrew Lambertson
ANDREW LAMBERTSON
JAMES DORAN
LEA NACCA
Assistant Attorneys General
General Law Bureau
100 West Randolph Street, 13th Fl.
Chicago, Illinois 60601
(312) 814-1187