IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 C 1265 |
| ) | |
| ) | Judge Blanche M. Manning |
| DEPUTY DIRECTOR DEBBIE DENNING, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

TO:    Kathleen T. Zellner & Assoc., P.C.
2215 York Road, Suite 504
Oak Brook, Illinois 60523

PLEASE TAKE NOTICE that on April 8, 2008 at 11:00 a.m., I shall appear before the Honorable Blanche M. Manning, or whomever may be sitting in her stead, in the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the attached **MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD**, a copy of which is herewith served upon you.

LISA MADIGAN
Attorney General of Illinois        By:    s/Andrew Lambertson
                                                  ANDREW LAMBERTSON
                                                  JAMES DORAN
                                                  LEA NACCA
                                                  Assistant Attorney General
                                                  General Law Bureau
                                                  100 W. Randolph St., 13th Fl.
                                                  Chicago, Illinois 60601
                                                  (312) 814-1187

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the aforementioned document was filed through the Court's CM/ECF system on March 31, 2008. Parties of record may obtain a copy of the paper through the Court's CM/ECF system.

                                                                          s/Andrew W. Lambertson