**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 C 1265 |
| *Jane Doe v. Debbie Denning, et al.* | |
| | Hon. Blanche M. Manning |
| | Judge Presiding |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant: Debbie Denning

| NAME (Type or print) |
|---|
| LEA T. NACCA |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/Lea T. Nacca |

| FIRM |
|---|
| Office of the Illinois Attorney General |

| OFFICE ADDRESS |
|---|
| 100 W. Randolph, 13th Floor |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6286005 | (312) 814-4491 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ___ | NO ✔ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ___ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ___ | NO ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ___ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ___     APPOINTED COUNSEL ___