# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

JANE DOE,

v.

DEPUTY DIRECTOR DEBBIE DENNING, MARY SIGLER, Warden of Dwight Correctional Center, ASSISTANT WARDEN DORETTA O'BRIEN, ASSISTANT WARDEN PAMELA HARRIS, LIEUTENANT DEBBIE WINTERS, LIEUTENANT LUSTER, CORRECTIONAL OFFICER JAMES CAPPITILLO, CORRECTIONAL OFFICER DONALD KINSELLA, JR., CORRECTIONAL OFFICER MICHAEL STROWMATT, CORRECTIONAL OFFICER TALL CORRECTIONAL OFFICER JOHN DOE I, CORRECTIONAL OFFICER JOHN DOE II, CORRECTIONAL OFFICER JOHN DOE III, CORRECTIONAL OFFICER JOHN DOE IV, and UNKNOWN CORRECTIONAL OFFICER JANE ROE,

### SUMMONS IN A CIVIL CASE

## 08 C 1265

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE MANNING**
**MAGISTRATE JUDGE COX**

TO: (Name and address of Defendant)

Correctional Off. Michael Strowmatt
C/O Off of the Dept of Corrections
100 West Randolph, # 4-200
Chicago, Illinois 60601

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kathleen T. Zellner & Associates
2215 York Road, Suite #504
Oakbrook, Illinois 60523
(630) 955-1212

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable per

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK

MI

March 3, 2008
_____
Date

(By) DEPUTY CLERK                                             DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 3/31/08 |

| NAME OF SERVER (PRINT) Ryan D. Carlsen | TITLE Mr. |
|---|---|

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Livingston County Courthouse
112 West Madison St, Room 203, Pontiac, Illinois 61764

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/31/08
          Date       Signature of Server

2215 York Rd. Suite 504, Oakbrook, IL 60523
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.