# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

JANE DOE,

v.

DEPUTY DIRECTOR DEBBIE DENNING, MARY SIGLER, Warden of Dwight Correctional Center, ASSISTANT WARDEN DORETTA O'BRIEN, ASSISTANT WARDEN PAMELA HARRIS, LIEUTENANT DEBBIE WINTERS, LIEUTENANT LUSTER, CORRECTIONAL OFFICER JAMES CAPPITILLO, CORRECTIONAL OFFICER DONALD KINSELLA, JR., CORRECTIONAL OFFICER MICHAEL STROWMATT, CORRECTIONAL OFFICER TALL CORRECTIONAL OFFICER JOHN DOE I, CORRECTIONAL OFFICER JOHN DOE II, CORRECTIONAL OFFICER JOHN DOE III, CORRECTIONAL OFFICER JOHN DOE IV, and UNKNOWN CORRECTIONAL OFFICER JANE ROE,

SUMMONS IN A CIVIL CASE

# 08 C 1265

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE MANNING**
**MAGISTRATE JUDGE COX**

TO: (Name and address of Defendant)

Correctional Off. Donald Kinsella, Jr.
C/O Off of the Dept of Corrections
    100 West Randolph, # 4-200
    Chicago, Illinois 60601

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kathleen T. Zellner & Associates
2215 York Road, Suite #504
Oakbrook, Illinois 60523
(630) 955-1212

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable per

**Michael W. Dobbins, Clerk**

_/s/ Yvette Montoure_
(By) DEPUTY CLERK
MI

March 3, 2008
Date

(By) DEPUTY CLERK                                         DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | March 7, 2008 |
| NAME OF SERVER (PRINT)<br>Jill M. Longmire | TITLE<br>Special Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

XX Other (specify): Served Correctional Officer Donald Kinsella, Jr. by handing copies to Major Tamela Quinley at the Dwight Correctional Center at 23813 East 3200 North Road, Dwight, Illinois.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3-7-08
                 Date

Signature of Server

EDWARD R. KIRBY & ASSOCIATES
783 N. YORK ROAD
ELMHURST, IL 60126-1313

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.