# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

JANE DOE,

     v.

DEPUTY DIRECTOR DEBBIE
DENNING, MARY SIGLER, Warden of
Dwight Correctional Center, ASSISTANT
WARDEN DORETTA O'BRIEN,
ASSISTANT WARDEN PAMELA
HARRIS, LIEUTENANT DEBBIE
WINTERS, LIEUTENANT LUSTER,
CORRECTIONAL OFFICER JAMES
CAPPITILLO, CORRECTIONAL
OFFICER DONALD KINSELLA, JR.,
CORRECTIONAL OFFICER MICHAEL
STROWMATT, CORRECTIONAL
OFFICER TALL CORRECTIONAL
OFFICER JOHN DOE I,
CORRECTIONAL OFFICER JOHN
DOE II, CORRECTIONAL OFFICER
JOHN DOE III, CORRECTIONAL
OFFICER JOHN DOE IV, and
UNKNOWN CORRECTIONAL OFFICER
JANE ROE,

## SUMMONS IN A CIVIL CASE

# 08 C 1265

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE MANNING
MAGISTRATE JUDGE COX**

TO: (Name and address of Defendant)

Mary Sigler, Warden of Dwight CC
C/O Off of the Dept of Corrections
    100 West Randolph, # 4-200
    Chicago, Illinois 60601

    **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kathleen T. Zellner & Associates
2215 York Road, Suite #504
Oakbrook, Illinois 60523
(630) 955-1212

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable

Pⁱ **Michael W. Dobbins, Clerk**

_(signature)_
(By) DEPUTY CLERK

Iv

**March 3, 2008**

Date

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE March 7, 2008 |
|---|---|
| NAME OF SERVER (PRINT) Jill M. Longmire | TITLE Special Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

XX Other (specify): Served Mary Sigler, Warden of Dwight Correctional Center by handing copies to Major Tamela Quinley at the Dwight Correctional Center at 23813 East 3200 North Road, Dwight, Illinois.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3-7-08
Date

Signature of Server

EDWARD R. KIRBY & ASSOCIATES
783 N. YORK ROAD
ELMHURST, IL 60126-1313

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.