IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DEPUTY DIRECTOR DEBBIE ) | |
| DENNING, MARY SIGLER, Warden of ) | |
| Dwight Correctional Center, ASSISTANT ) | |
| WARDEN DORETTA O'BRIEN, ) | No. 08 cv 1265 |
| ASSISTANT WARDEN PAMELA ) | |
| HARRIS, LIEUTENANT DEBBIE ) | Honorable Blanche Manning |
| WINTERS, LIEUTENANT LUSTER, ) | |
| CORRECTIONAL OFFICER JAMES ) | Magistrate Judge Cox |
| CAPETILLO, CORRECTIONAL ) | |
| OFFICER DONALD KINSELLA, JR., ) | |
| CORRECTIONAL OFFICER MICHAEL ) | |
| STROWMATT, CORRECTIONAL ) | |
| OFFICER JAMES DEMATTIA, ) | |
| CORRECTIONAL OFFICER ANDREW ) | |
| GROVE, CORRECTIONAL OFFICER ) | |
| BRUCE HAIGE, CORRECTIONAL ) | |
| OFFICER PETER MONAHAN, and ) | |
| CORRECTIONAL OFFICER LYNN ) | |
| HODGES, ) | Jury Trial Demanded |
| ) | |
| Defendants. ) | |

**NOTICE OF DISMISSAL**

Plaintiff Jane Doe, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the complaint as to all Defendants without prejudice.

No Defendant has filed either an answer to the complaint or a motion for summary judgment as to these claims. The only substantive papers filed in this case other than the

Complaint were (a) a Motion for Leave to File an Amended Complaint by Plaintiff and (b) a Motion for Extension by Defendants. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully Submitted,

_____
Kathleen T. Zellner

KATHLEEN T. ZELLNER & ASSOCIATES
2215 York Road
Suite 504
Oak Brook, Illinois 60523
(630)955-1212