# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Jane Doe

                    Plaintiff,

v.                                      Case No.: 1:08–cv–01265
                                      Honorable Blanche M. Manning

Debbie Denning, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 2, 2008:

     MINUTE entry before Judge Honorable Blanche M. Manning: Pursuant to FRCP 41(a)(1), this case is dismissed without prejudice. Status hearing set to 5/8/2008 is hereby stricken. Civil case terminated. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.